# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

IMAN TANZEY,

        Plaintiff(s),

v.

DEPUY ORTHOPAEDICS, INC.,

        Defendant(s).

2:21-cv-00448-KJD-VCF

**ORDER**

Before me is the stipulation and order to withdraw motion to withdraw and extend discovery deadlines (ECF No. 15).

Accordingly, and good cause appearing,

I ORDER that the stipulation and order to withdraw motion to withdraw and extend discovery deadlines (ECF No. 15) is GRANTED.

I FURTHER ORDER that the hearing scheduled for April 18, 2022, is VACATED.

I FURTHER ORDER that the parties must file a proposed stipulation and order for dismissal on or before June 13, 2022.

DATED this 11th day of April 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE