| | |
|---|---|
| 1 | KAEMPFER CROWELL |
| | Robert McCoy, No. 9121 |
| 2 | Sihomara L. Graves, No. 13239 |
| | 1980 Festival Plaza Drive, Suite 650 |
| 3 | Las Vegas, Nevada 89135 |
| | Telephone: (702) 792-7000 |
| 4 | Facsimile: (702) 796-7181 |
| | Email: rmccoy@kcnvlaw.com |
| 5 | Email: sgraves@kcnvlaw.com |
| 6 | Attorneys for Defendant DePuy Orthopaedics, Inc. |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IMAN TANZEY, | Case No. 2:21-cv-00448-KJD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS DEPUY ORTHOPAEDICS, INC. WITH PREJUDICE** |
| DEPUY ORTHOPAEDICS, INC.; DOES I-X; and ROE CORPORATIONS I-X, inclusive; | |
| Defendants. | |

Plaintiff Iman Tanzey and defendant DePuy Orthopaedics, Inc. stipulate to dismiss this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). Each party will bear its own fees and costs.

| | |
|---|---|
| BERNSTEIN & POISSON | KAEMPFER CROWELL |
| /s/ Ryan Kerbow | |
| Scott L. Poisson, No. 10188 | Robert McCoy, No. 9121 |
| Ryan Kerbow, No.11403 | Sihomara L. Graves, No. 13239 |
| 320 South Jones Boulevard | 1980 Festival Plaza Drive, Suite 650 |
| Las Vegas, Nevada 89107 | Las Vegas, Nevada 89135 |
| Attorney for Plaintiff Iman Tanzey | Attorneys for Defendant DePuy Orthopaedics, Inc. |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 5/13/2022